UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>-v-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | 12-mc-115 (JSR)<br>Adv. Pro. No. 08-01789 (SMB)<br><br>ORDER |
| In re:<br><br>MADOFF SECURITIES | 8/4/14 |

JED S. RAKOFF, U.S.D.J.

On July 10, 2014, the Court issued an Order directing counsel to parties with individual issues not addressed by the Court's decisions in the consolidated withdrawals to inform the Court by letter by July 18, 2014. See ECF No. 552. The Court received several such letters and addressed the issues they raised in separate Orders. Any remaining motions to withdraw the reference are hereby denied and all the adversary proceedings are returned to the Bankruptcy Court. The Clerk of Court is directed to close all the civil cases seeking to withdraw the reference related to this matter.

SO ORDERED.

Dated: New York, NY
August 1, 2014

JED S. RAKOFF, U.S.D.J.